UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:23-cv-0424 DAD CKD P |
| Petitioner, | |
| v. | ORDER |
| SHASTA COUNTY SUPERIOR COURT, | |
| Respondent. | |

On March 7, 2023, petitioner filed what appeared to be a petition for writ of habeas corpus under 28 U.S.C. § 2254. However, petitioner used the form for seeking collateral relief in a California court instead of the form for seeking relief under § 2254 in this court. The court dismissed the petition with leave to amend on the proper form and ordered that the Clerk of the Court send petitioner the proper form. Petitioner seeks an extension of time to file his amended petition. Good cause appearing, that request will be granted.

Petitioner suggests that he will have difficulty filling out the required form. Petitioner must fill out the form to the best of his ability; he may handwrite or type. The court uses the information provided on the form to make the required determination under Rule 4 of the Rules Governing Section 2254 cases as to whether it is plain that petitioner is not entitled to relief, or whether respondent must answer. Important facts considered include: petitioner's conviction and sentence, any and all appeals, any prior petitions for federal habeas relief, and all facts concerning

1

the claims presented in the amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 8) is granted.

2. Petitioner is granted 30 days from the date of this order to file an amended petition for a writ of habeas corpus. Failure to file an amended petitioner within 30 days will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application. Petitioner must fill out the form as best he can as the court uses the information contained therein to determine if petitioner can proceed with his claims. If petitioner omits information from the form, he runs the risk of having the petition dismissed.

Dated: September 19, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gibb0424.ext