UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>Petitioner,<br><br>v.<br><br>SHASTA COUNTY SUPERIOR COURT,<br><br>Respondent. | No. 2:23-cv-0424 DAD CKD P<br><br><br><br>ORDER |

Petitioner requested an extension of time to file objections to the Court's April 30, 2024, findings and recommendations (ECF No. 19). Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 20) is granted; and

2. Petitioner shall file the objections to the April 30, 2024 findings and recommendations within thirty days from the date of this order.

Dated: May 13, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/hh
gibb0424.111